Filed 12/12/24 Russell v. Workers' Compensation Appeals Board CA4/2

**NOT TO BE PUBLISHED IN OFFICIAL REPORTS**

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b). This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

## IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

## FOURTH APPELLATE DISTRICT

## DIVISION TWO

| | |
|---|---|
| KEVIN RUSSELL, | |
| Petitioner, | E084705 |
| v. | (WCAB No. ADJ7376924) |
| WORKERS' COMPENSATION APPEALS BOARD; DEPARTMENT OF CONSUMER AFFAIRS/BUREAU OF AUTOMOTIVE REPAIRS | OPINION |
| Respondents, | |

ORIGINAL PROCEEDINGS; petition for writ of review. Eric Thompson, Administrative Law Judge. Petition granted.

Lucy Bishop, for Petitioner.

Lisa Stolzy, Department of Consumer Affairs/Bureau of Automotive Repairs Department of Motor Vehicles and State Compensation Insurance Fund, adjusting agency, for Respondent.

Allison Fairchild, Workers' Compensation Appeals Board, for Respondent.

1

On September 30, 2024, Kevin Russell (Russell) petitioned this court for review of the August 16, 2024 Worker's Compensation Appeals Board (WCAB) decision upholding the administrative law judge's method for calculating Russell's total permanent disability indemnity rate.  In response to Russell's petition, the Department of Consumer Affairs filed an answer arguing that Russell's permanent disability rate was appropriately calculated.  The WCAB subsequently notified this court they were never properly served with the petition, and had they been properly served, they would have granted reconsideration of the decision sua sponte.  However, they have now lost jurisdiction to take such action.  (Lab. Code, § 5909.)  The WCAB concedes there was error in the decision and asks this court to grant Russell's petition, summarily annul the decision, and remand the case for further proceedings before the WCAB.

As a result of this request, this court issued an order notifying the parties that it was considering the WCAB's request to grant the petition, summarily annul the WCAB's August 16, 2024 decision, and remand the case for further proceedings.  Our order directed the parties to file any opposition to such summary annulment within 10 days.  No opposition was filed.  We therefore grant the requested relief.  (*Lewis v. Superior Court* (1999) 19 Cal.4th 1232, 1241.)

DISPOSITION

The petition is summarily granted.  The August 16, 2024 order denying Russell's petition for reconsideration is annulled and the case is remanded for further proceedings before the WCAB.

NOT TO BE PUBLISHED IN OFFICIAL REPORTS


RAMIREZ_____
P. J.

We concur:


FIELDS_____
J.


RAPHAEL_____
J.


3